UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
12/5/07
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

RICHARD SKELTON
CHRISTOPHER WHITCOMB

CASE NO.   3:07-cr-320-J-32JRK
Ct. 1:     21 U.S.C. §§ 841(a)(1),
           841(b)(1)(B) and 846
Ct. 2:     21 U.S.C. §§ 841(a)(1),
           841(b)(1)(B), and
           18 U.S.C. § 2
Forfeiture: 21 U.S.C. § 853

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about August 2007 through on or about October 24, 2007, at Middleburg, Clay County, Florida, in the Middle District of Florida,

RICHARD SKELTON
CHRISTOPHER WHITCOMB

the defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree with each other and with other persons who are known and unknown to the grand jury, to manufacture/cultivate marihuana plants, the amount of marihuana plants being one hundred (100) or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

It was part of the conspiracy that the defendants would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about October 24, 2007, at Middleburg, Clay County, Florida, in the Middle District of Florida,

RICHARD SKELTON
CHRISTOPHER WHITCOMB

the defendants herein, did knowingly, willfully, and intentionally manufacture/cultivate, cause to be manufactured/cultivated, and aid and abet each other each other in the manufacture/cultivation of marihuana plants, the amount of marihuana plants being one hundred (100) or more.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## **FORFEITURES**

1.      The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2.      From their engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendants

RICHARD SKELTON
CHRISTOPHER WHITCOMB

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

   a.   Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

   b.   Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3.      If any of the property described above, as a result of any act or omission of the defendants:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

*Cathleen C. Cook*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *Julie H. Savell*
JULIE HACKENBERRY SAVELL
Assistant United States Attorney

By: _____
Ronald T. Henry
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

RICHARD SKELTON
CHRISTOPHER WHITCOMB

## INDICTMENT

Violations:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2

A true bill,

_Cathleen C. Cook_
Foreperson

Filed in open court this 5th day
of December, A.D. 2007.

_Carol J. Holloman_
Clerk

Bail $

GPO 863 525
Revised 05/03/2007