FILED
12/5/07
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:07-cr-320-J-32JRK

CHRISTOPHER WHITCOMB

## MOTION FOR CAPIAS

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for CHRISTOPHER WHITCOMB, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: /s/ Julie H. Savell
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Bar No. 0094201
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile: (904) 301-6310